AO91 (Rev. 12/03) Criminal Complaint    Felony    AUSA    United States ~~~
Southern District of T~
FILED

# UNITED STATES DISTRICT COURT

JAN 1 0 2020

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Jose GALVAN-Cruz
A088 072 509 Mexico

**CRIMINAL COMPLAINT**

Case Number: B-20- mj-123

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 09, 2020__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on January 09, 2020. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on June 20, 2019. The defendant was convicted of Illegal Re-Entry after Removal form the United States on June 10, 2019. 2019. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $1.00 USD and $810.00 Mexican Pesos at the time of arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Ramirez, Jesus M.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 10, 2020    at    Brownsville, Texas
Date                              City/State

Ronald G. Morgan    U.S. Magistrate Judge
Name of Judge        Title of Judge          Signature of Judge